IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CONNIE SMITH                                                                                                    PLAINTIFF

v.                                             Civil No. 11-4026

MICHAEL J. ASTRUE                                                                                          DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed February 14, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16). Judge Bryant recommends that the Court affirm the Commissioner's decision because it is supported by substantial evidence. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Court hereby affirms the Commissioner's decision and dismisses Plaintiff Connie Smith's complaint with prejudice.

IT IS SO ORDERED, this 19th day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge